DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WAYFARING HOME v. WARD

No. 121 PC.

No. 66 (Fall Term).

Case below: 45 N.C. App. 555.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 15 July 1980.

WILLETTS v. INSURANCE CORP.

No. 146 PC.

Case below: 45 N.C. App. 424.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

---

PETITIONS TO REHEAR

BARHAM v. FOOD WORLD

No. 123.

Reported: 300 N.C. 329.

Petition by plaintiff to rehear denied 15 July 1980.

CONCRETE CO. v. BOARD OF COMMISSIONERS

No. 93.

Reported: 299 N.C. 620.

Petition by plaintiff to rehear denied 15 July 1980.